IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EMILY NESBITT;**<br>**ALICE STANLEY;**<br>**and JESSICA ADAIR,**<br><br>        **Plaintiffs,**<br><br>vs<br><br>**WILKINS TIPTON, P.A.,**<br><br>        **Defendant.** | **ORDER:**<br>**Motion granted.**<br><br>*E. Clifton Knowles*<br>U.S. Magistrate Judge<br><br>No. 3:11-0574<br>**Judge Sharp**<br>**Magistrate Knowles**<br><br>**JURY DEMAND** |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF JESSICA ADAIR'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

      Defendant Wilkins Tipton, P.A., ("Defendant"), by and through counsel of record, Leitner, Williams, Dooley & Napolitan, PLLC, moves this Court pursuant to Local Rule 7.01 to grant Defendant leave to file a Reply to Plaintiff Jessica Adair's Response to Defendant's Motion to Compel Discovery. If this Court grants leave, Defendant will limit its Reply to clarifying the applicable standard for discovery under the Federal Rules of Civil Procedure and addressing/responding to the Plaintiffs' legal arguments and the factual allegations asserted in support thereof. In support of this Motion, Defendant respectfully submits that its proposed Reply memorandum, attached as Exhibit 1, will clarify the issues and assist the Court in ruling on the pending Motion.

      Based on the foregoing, Defendant requests that this Court permit Defendant to file a Reply Brief to Plaintiff Jessica Adair's Response to Defendant's Motion to Compel Discovery.