**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **EMILY NESBITT, ALICE STANLEY,** ) | |
| **and JESSICA ADAIR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **No. 3:11-cv-0574** |
| **v.** ) | |
| ) | **Judge Sharp** |
| **WILKIN TIPTON, P.A.,** ) | **Magistrate Judge Knowles** |
| ) | |
| **Defendant.** ) | |

**<u>ORDER</u>**

Plaintiffs Emily Nesbitt, Alice Stanley, and Jessica Adair filed a Complaint against Defendant Wilkin Tipton, P.A., wherein they allege violations under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. 2000e *et seq.,* and the Tennessee Human Rights Act, T.C.A. § 4-21-101 *et seq.*

On September 20, 2011, Plaintiffs filed a *Motion to Amend the Scheduling Order and Amend the Plaintiff's [sic] First Amended Complaint*, requesting an Order allowing an amendment to their first Amended Complaint to add a claim of battery. (Docket Entry No. 17). Magistrate Judge Knowles entered a Report and Recommendation ("R & R") on March 29, 2012, denying the motion. Plaintiffs have filed no objections to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b). The Court has thoroughly reviewed the record in this case and the applicable law and concludes that the Magistrate Judge was correct in recommending that the *Motion to Amend the Scheduling Order and Amend the Plaintiff's [sic] First Amended Complaint* filed on behalf of Plaintiffs (Docket Entry No. 17) be denied.

Accordingly, the Court hereby rules as follows:

(1)  The Report and Recommendation (Docket Entry No. 43) is hereby ACCEPTED and APPROVED; and

(2) Plaintiffs' *Motion to Amend the Scheduling Order and Amend the Plaintiff's [sic] First Amended Complaint* (Docket Entry No. 17) is hereby DENIED.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE