UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EMILY NESBITT, ALICE STANLEY, )
and JESSICA ADAIR, )
 )
 Plaintiffs, )
 ) No. 3:11-cv-0574
v. )
 ) Judge Sharp
WILKIN TIPTON, P.A., ) Magistrate Judge Knowles
 )
 Defendant. )

## ORDER

Plaintiffs Emily Nesbitt, Alice Stanley, and Jessica Adair filed a Complaint against Defendant Wilkin Tipton, P.A., wherein they allege violations under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. 2000e *et seq.,* and the Tennessee Human Rights Act, T.C.A. 4-21-101 *et seq.*

On February 1, 2012, Plaintiffs filed a *Motion to Amend Complaint to Add Additional Defendants*, requesting an Order allowing Joseph Wilkins ("Wilkins") and G.W. Flinn ("Flinn"), who are members of the defendant law firm, Wilkins Tipton, P.A. (Docket Entry No. 29). In support of said motion, Plaintiffs claim that after complaining to the Jackson, Mississippi office of Defendant, both Flinn and Wilkins committed acts, which amount to aiding and abetting of the sexually hostile work environment.

Magistrate Judge Knowles entered a Report and Recommendation ("R & R") on March 29, 2012, denying the motion. Plaintiffs filed a timely objection to the R & R on April 5, 2012, to which Defendant filed a response. *See* (Docket Entry Nos. 50 and 52).

Because the Magistrate Judge's Order does not pertain to a dispositive motion, this Court's review is limited to whether it "is clearly erroneous or contrary to law." Fed. R. Civ. P.

72(a).  The Court has thoroughly reviewed the record in this case and the applicable law and concludes that the Magistrate Judge was correct in recommending that the *Motion to Amend Complaint to Add Additional Defendants* filed on behalf of Plaintiffs (Docket Entry No. 29) be denied.

Accordingly, the Court hereby rules as follows:

(1)  The Report and Recommendation (Docket Entry No. 44) is hereby ACCEPTED and APPROVED; and

(2) Plaintiffs' *Motion to Amend Complaint to Add Additional Defendants* (Docket Entry No. 29) is hereby DENIED.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE